■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AUSTIN J. TARO, Appellant. [967 NYS2d 862]—Appeal from a judgment of the Cayuga County Court (Mark H. Fandrich, A.J.), rendered January 24, 2012. The judgment convicted defendant, upon his plea of guilty, of burglary in the second degree, petit larceny and criminal possession of stolen property in the fifth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Peradotto, Lindley, Sconiers and Whalen, JJ.